# EXHIBIT A

**Registration #:** PA0002128025
**Service Request #:** 1-4684521351

Watch Tower Bible and Tract Society of Pennsylvania
Richard D. Moake
100 Watchtower Drive
Patterson, NY 12563 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Teyla*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-128-025**

**Effective Date of Registration:**
May 08, 2017

## Title

        **Title of Work:**   "Sing Out Joyfully" to Jehovah

## Completion/Publication

        **Year of Completion:**   2016
        **Date of 1st Publication:**   October 03, 2016
        **Nation of 1st Publication:**   United States

## Author

        • **Author:**   Watch Tower Bible and Tract Society of Pennsylvania
        **Author Created:**   music, lyrics, musical arrangement
        **Work made for hire:**   Yes
        **Citizen of:**   United States
        **Domiciled in:**   United States

## Copyright Claimant

        **Copyright Claimant:**   Watch Tower Bible and Tract Society of Pennsylvania
        100 Watchtower Drive, Patterson, NY, 12563, United States

## Limitation of copyright claim

        **Material excluded from this claim:**   music, lyrics, musical arrangement

        **New material included in claim:**   music, lyrics, musical arrangement

## Rights and Permissions

        **Organization Name:**   Watch Tower Bible and Tract Society of Pennsylvania
        **Name:**   Richard D. Moake
        **Email:**   inboxlglcopyright@jw.org
        **Telephone:**   (845)306-1000
        **Address:**   100 Watchtower Drive
        Patterson, NY 12563 United States

## Certification

      **Name:** Philip Brumley
      **Date:** May 05, 2017

**Correspondence:** Yes



# "Sing Out Joyfully" to Jehovah

# "Sing Out Joyfully" to Jehovah

—1 CHRONICLES 15:16

**This publication is not for sale. It is provided as part of a worldwide Bible educational work supported by voluntary donations.**

**To make a donation, please visit www.jw.org.**

*"Sing Out Joyfully" to Jehovah* (large size)
July 2016 Printing
English (*sjjls*-E)
© 2016
Watch Tower Bible and Tract Society of Pennsylvania
Publishers
Watchtower Bible and Tract Society of
New York, Inc., Wallkill, New York, U.S.A.
Made in the United States of America



89 — Listen, Obey, and Be Blessed (Luke 11:28)

*Listen, Obey, and Be Blessed*



(See also Deut. 28:2; Ps. 1:3; Prov. 10:22; Matt. 7:24-27; Luke 6:47-49.)