Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

April 20, 2021

David A. Munkittrick
Senior Counsel

***Via ECF***

d +1.212.969.3226
f 212.969.2900
dmunkittrick@proskauer.com
www.proskauer.com

Hon. Paul Austin Crotty
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Watch Tower Bible and Tract Society of Pennsylvania v. BMG Rights Management (US) LLC et al*, 20-cv-10844 (PAC)

Dear Judge Crotty,

Proskauer Rose represents defendants BMG Rights Management (US) LLC and BMG Rights Management (UK) Limited (together, "BMG").

We write to respectfully request a 30-day extension to the time for BMG to respond to the Complaint.  The current deadline is April 21, 2021, and the requested extension is to May 19, 2021.  The parties continue productive settlement discussions, and the requested extension will allow the parties to focus on bringing settlement efforts to conclusion.

Plaintiff consents to this request; it is the third such request; and it does not impact any other scheduled date.

BMG makes this request without waiver of and specifically preserving BMG's right to assert any and all defenses in this matter, including but not limited to lack of personal jurisdiction and other jurisdictional defenses.

Respectfully submitted,

*/s/ David A. Munkittrick*

David A. Munkittrick

cc: All counsel (via ECF)